EMANUEL I. STAMM, Plaintiff, v. THE CAPITOL NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Defendant. CHELSEA EXCHANGE BANK, Respondent; STANDARD ACCIDENT INSURANCE COMPANY, Appellant.— Order granting motion to bring in appellant as an additional defendant affirmed, with ten dollars costs

and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.